IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

| | |
|---|---|
| IN RE<br><br>LISA CAROL THORNBURG<br><br>Debtor | Case No. 13-71502-SCS<br>Chapter 13 |

## **LINE ENTERING APPEARANCE AND REQUESTS FOR ALL NOTICES**

Dear Clerk:

    Please enter the appearance of Mark D. Meyer, Esq. and Rosenberg & Associates, LLC, as the attorneys of record on behalf of JPMorgan Chase Bank, National Association.  Please add my name to the mailing matrix and send all notices to:

  Mark D. Meyer, Esq., Esquire
  Rosenberg & Associates, LLC
  7910 Woodmont Avenue, Suite 750
  Bethesda, Maryland 20814

                                              /s/ Mark D. Meyer, Esq.
                                              Mark D. Meyer, Esq.
                                              Rosenberg & Associates, LLC
                                              7910 Woodmont Avenue, Suite 750
                                              Bethesda, Maryland 20814
                                              (301) 907-8000

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on July 2, 2013, a copy of the foregoing Line Entering Appearance was mailed, first class postage prepaid, or emailed, to the following:

| | |
|---|---|
| Lisa Carol Thornburg<br>1641 Head of River Road<br>Chesapeake, VA 23322 | R. Clinton Stackhouse, Jr., Trustee<br>7021 Harbour View Blvd.<br>Suite 101<br>Suffolk, VA 23435 |
| | Amber L. Quick, Esquire<br>Law Offices of Steve C. Taylor<br>133 Mt. Pleasant Road, Chesapeake<br>VA  23322 |

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER:  43417

/s/ Mark D. Meyer, Esq.
Mark D. Meyer, Esq.

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
(301) 907-8000
FILE NUMBER: 43417